IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ATONYA GREGORY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:15-CV-0226 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner, | § | |
| Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION and GRANTING PLAINTIFF'S MOTION TO DISMISS

On February 3, 2016, plaintiff ATONYA GREGORY filed a Motion to Dismiss, advising the Court she no longer wishes to pursue this claim. On that same date, the United States Magistrate Judge issued a Report and Recommendation, recommending therein plaintiff's motion be granted. As of this date, no objections to the Report and Recommendation have been filed.

Accordingly, the Report and Recommendation is ADOPTED, plaintiff's Motion to Dismiss is GRANTED, and all claims asserted by plaintiff in her original complaint are DISMISSED.

IT IS SO ORDERED.

ENTERED this _22nd_ day of _February_ 2016.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE